| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Florida** |
| Case number *(If known)*: _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
JMC Unit 1, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names  
dba WaveMAX Hialeah

**3. Debtor's federal Employer Identification Number (EIN)**  
85-0708251

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5966 W 16 Avenue | 10800 SW 123rd Street |
| Number   Street | Number   Street |
| Miami      FL   33176 | Miami      FL   33176 |
| City      State   Zip Code | City      State   Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| DADE | |
| County | Number   Street |
| | City      State   Zip Code |

**5. Debtor's website (URL)**  

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1 of 5  
Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor  **JMC Unit 1, LLC** _____     Case number *(if known)* _____
      Name

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business:** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8123**

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check **all** that apply:* |

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __**JMC Unit 1, LLC**__  Case number *(if known)* _____
　　　　Name

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes.  District _____  When _____  Case number _____ <br> 　　　　　　　　　　　　　　MM/DD/YYYY <br> 　　　　District _____  When _____  Case number _____ <br> 　　　　　　　　　　　　　　MM/DD/YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes.  Debtor _____  Relationship _____ <br> 　　　　District _____  When _____ <br> 　　　　　　　　　　　　　　MM/DD/YYYY <br> 　　　　Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | Check all that apply: <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (Check all that apply.) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br> 　　What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br> 　　Number　　Street <br> 　　City　　State　ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br> 　　　　Contact name _____ <br> 　　　　Phone _____ |

| Debtor | **JMC Unit 1, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **8/14/2025**
  MM / DD / YYYY

× **/s/ John Cooper**                                    **John Cooper**
   Signature of authorized representative of debtor         Printed name

Title  **Authorized Representative/President**

---

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 4 of 5
Copyright © Financial Software Solutions, LLC                                                                  BlueStylus

Debtor  **JMC Unit 1, LLC**                                          Case number *(if known)*
        Name

| | | | |
|---|---|---|---|
| 18. | Signature of attorney | ✗ **/s/ Jacqueline Calderin** | Date **8/14/2025** |
| | | Signature of attorney for debtor | MM / DD / YYYY |

**Jacqueline Calderin**
Printed name

**Agentis PLLC**
Firm name

**45 Almeria Avenue**
Number     Street

**Coral Gables**                              **FL**              **33134**
City                                          State                ZIP Code

**(305) 722-2002**                            **jc@agentislaw.com**
Contact Phone                                 Email address

**134414**                                    **Florida**
Bar number                                    State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5 of 5
Copyright © Financial Software Solutions, LLC                                            BlueStylus

**Fill in this information to identify your case:**

Debtor Name  **JMC Unit 1, LLC**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Malecon Plaza**<br>**2087 West 76 Street**<br>**Hialeah, FL 33016** | **Malecon Plaza**<br>**() -** | Rent | | | | $119,059.00 |
| 2 | **Wells Fargo Reflect Card**<br>**PO Box 77053**<br>**Minneapolis, MN 55480-7753** | **Wells Fargo Reflect Card**<br>**() -** | Credit Card Purchases | | | | $18,551.06 |
| 3 | **American Express Business Platinum**<br>**PO Box 6031**<br>**Carol Stream, IL 60197-6031** | **American Express Business Platinum**<br>**() -** | Credit Card Purchases | | | | $14,155.15 |
| 4 | **Wells Fargo Business Line of Credit**<br>**PO Box 51174**<br>**Los Angeles, CA 90051-5474** | **Wells Fargo Business Line of Credit**<br>**() -** | Line of Credit | | | | $8,126.20 |
| 5 | **City of Hialeah**<br>**3700 W 4th Avenue**<br>**Hialeah, FL 33012** | **City of Hialeah**<br>**() -** | Water | | | | $4,860.06 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1 of 2

Copyright © Financial Software Solutions, LLC   BlueStylus

Debtor **JMC Unit 1, LLC**  
Name

Case number *(if known)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | **WellsFargo Signify**<br>**PO Box 77033**<br>**Minneapolis, MN 55480-7733** | **WellsFargo Signify**<br>() - | **Credit Card Purchases** | | | $4,771.62 |
| 7 | **Florida City Gas**<br>**PO Box 658**<br>**Dover, DE 19903** | **Florida City Gas**<br>() - | | | | $802.59 |
| 8 | **FPL**<br>**9250 West Flagler Street**<br>**Miami, FL 33130** | **FPL**<br>() - | **FPL** | | | $228.79 |
| 9 | **Comcast**<br>**One Comcast Center**<br>**1701 JFK Blvd.,**<br>**Philadelphia, PA 19103-2838** | **Comcast**<br>() - | | | | $191.49 |
| 10 | **Gas South**<br>**PO Box 530522**<br>**Atlanta, GA 30353-0552** | **Gas South**<br>() - | **Gas** | | | $67.16 |

# United States Bankruptcy Court

## Southern District of Florida

In re **JMC Unit 1, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **8/14/2025**

**/s/ John Cooper**  
**John Cooper**  
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**American Express Business Platinum**
**PO Box 6031**
**Carol Stream, IL 60197-6031**


**Cents**
**Make Cents Technologies, Inc**
**200 Varrick Street**
**Ste 802**
**New York, NY 10014**


**City of Hialeah**
**3700 W 4th Avenue**
**Hialeah, FL 33012**


**City of Hialeah**
**501 Palm Ave**
**Hialeah, FL 33010**


**Comcast**
**One Comcast Center**
**1701 JFK Blvd.,**
**Philadelphia, PA 19103-2838**


**First Port City Bank**
**PO Box 1070**
**Bainbridge, GA 39818**


**First Port City Loan**
**PO Box 1070**
**Bainbridge, GA 39818**


**Florida City Gas**
**PO Box 658**
**Dover, DE 19903**

Copyright © Financial Software Solutions, LLC

**Florida Department of Revenu**
**5050 W Tennessee Street**
**Tallahassee, FL 32399-0120**


**FPL**
**9250 West Flagler Street**
**Miami, FL 33130**


**Gas South**
**PO Box 530522**
**Atlanta, GA 30353-0552**


**Gusto**
**525 20th Street**
**San Francisco, CA 94107**


**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**


**JMC Family Holdings Inc Retirement Plan**
**10800 SW 123 Street**
**Miami, FL 33176**


**John Cooper**
**10800 SW 123 Street**
**Miami, FL 33176**


**Laundroworks**
**Make Cents Technologies, Inc**
**415-903-3727**
**200 Varrick Street**
**Ste 802**
**New York, NY 10014**

**Malecon Plaza**
**2087 West 76 Street**
**Hialeah, FL 33016**


**Malecon Plaza, Inc.**
**2087 W 76 Street**
**Hialeah, FL 33016**


**Miami Dade County Tax Collector**
**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**
**Miami, FL 33130-0000**


**WaveMax Franchise LLC**
**Mike Roberts**
**929 McDuff Avenue**
**Suite 107**
**Orange Park, FL 32065**


**Wells Fargo Business Line of Credit**
**PO Box 51174**
**Los Angeles, CA 90051-5474**


**Wells Fargo Reflect Card**
**PO Box 77053**
**Minneapolis, MN 55480-7753**


**WellsFargo  Signify**
**PO Box 77033**
**Minneapolis, MN 55480-7733**

Copyright © Financial Software Solutions, LLC